UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JOHN CARBONE,<br><br>            Plaintiff,<br><br>     vs.<br><br>THE OFFICE OF CHILD SUPPORT ENFORCEMENT AGENCY (CSEA), TITLE IV-D AND ITS EMPLOYEE, JANELE HYER-SPENCER,<br><br>            Defendants. | CV 24-00002 LEK-RT |

**<u>ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE</u>**

On January 2, 2024, pro se Plaintiff John Carbone ("Carbone") filed a document titled "Petition for Non-Statutory Writ of Habeas Corpus to Remedy Restraint of Liberty Caused by a Judgment Not by Peers Made in Violation of Due Course of Law of the Land, Judiciary Act of 1789, Habeas Corpus Act 1863, Habeas Corpus Act 1867 for Expungement, Damages and Injunctive Relief." [Dkt. no. 1.] That document has been construed as a civil complaint seeking relief pursuant to Title 42 United States Code Section 1983 ("Complaint"). [Order *Sua Sponte* Dismissing Plaintiff's Petition for Non-Statutory Writ of Habeas Corpus etc., filed 2/20/24 (dkt. no. 12) ("2/20 Order"), at 3.] In the 2/20 Order, this Court dismissed Carbone's Complaint for lack of personal jurisdiction. [<u>Id.</u> at 8-9.] The dismissal was without prejudice, and Carbone was permitted to file an amended

complaint by April 22, 2024. Carbone was cautioned that, if he did not file an amended complaint by April 22, 2024, his claims would be dismissed with prejudice – in other words, without leave to amend – and the case would be closed. [Id. at 10-11.]

       Carbone has neither filed an amended complaint nor requested an extension of time to do so. Therefore, pursuant to the 2/20 Order, Carbone's Complaint is DISMISSED WITH PREJUDICE. The Clerk's Office is DIRECTED to enter judgment and close the case on **June 21, 2024.**

       IT IS SO ORDERED.

       DATED AT HONOLULU, HAWAII, June 6, 2024.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**JOHN CARBONE VS. THE OFFICE OF CHILD SUPPORT ENFORCEMENT AGENCY, ET AL; CV 24-00002 LEK; ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE**